AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Connie Lawson
Secretary Of State of Indiana
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Bryce H. Bennett, Jr.,
Chair, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Anthony Long
Vice-Chair, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Suzannah Wilson Overholt
Member, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Zachary E. Klutz
Member, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

J. Bradley King
Co-Director, Indiana Election Division
302 West Washington Street
Room E-204
Indianapolis, IN 46204

Angela M. Nussmeyer
Co-Director, Indiana Election Division
302 West Washington Street
Room E-204
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Shana Levinson
> Levinson & Levinson
> 384 W. 80th Pl.
> Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: