IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP); JEROME A. PRINCE; DAVID WOERPEL; PAUL BUCK; PATRICIA HINTON; MELVIN MAGEE; ANNIE STEWART; KIMBERLY RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; INDIANA ELECTION COMMISSION; BRYCE H. BENNETT, JR., in his official capacity as Chair of the Indiana Election Commission; ANTHONY LONG, in his official capacity as Vice-Chair of the Indiana Election Commission; SUZANNAH WILSON OVERHOLT, in her official capacity as a Member of the Indiana Election Commission; and ZACHARY E. KLUTZ, in his official capacity as a Member of the Indiana Election Commission; INDIANA ELECTION DIVISION; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Civil Action No. 2:17-cv-334<br><br><br><br><br><br><br><br>**NOTICE OF CLAIM OF UNCONSTITUTIONALITY** |

Pursuant to Federal Rule of Civil Procedure 5.1. and the Local Rule 5.1-1 of the Northern District of Indiana, Plaintiffs hereby submit this Notice of Claim of Unconstitutionality regarding the provision in Indiana Senate Bill 220, codified at Ind. Code § 3-6-5.2-10 (the "Lake County Precinct Consolidation Law") that requires Lake County, Indiana to immediately consolidate its "small precincts." In the above captioned action, Plaintiffs are challenging the Lake County Precinct Consolidation Law, on the grounds that it violates Section 2 of the Voting Rights Act,

52 U.S.C. § 10301, and the First, Fourteenth, and Fifteenth Amendments to the U.S. Constitution.

      The Complaint is attached to this notice.

.

Dated:  August 11, 2017

Respectfully submitted,

By /s/ *Shana Levinson*
Shana Levinson, IN Bar No. 21350-45
Levinson & Levinson
384 W. 80th Pl.
Merrillville, IN 46410
Phone: (219) 769-1164
Fax: (219) 769-0337
Email: shanalevinson@hotmail.com
Email: levinsonandlevinson@yahoo.com

Marc Erik Elias (*pro hac vice filed*)
Bruce V. Spiva (*pro hac vice  filed*)
Aria C. Branch (*pro hac vice filed*)
**Perkins Coie, LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: ABranch@perkinscoie.com

Abha Khanna (*pro hac vice filed*)
**Perkins Coie, LLP**
1201 Third Avenue, Ste. 4800
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

Charles G. Curtis, Jr. (*pro hac vice filed)*
**Perkins Coie, LLP**
1 East Main Street, Suite 201
Madison, WI 53703-5118
Phone: (608) 663-7460
Fax: (608) 663-7499
Email: CCurtis@perkinscoie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th of August 2017, I filed the foregoing Clerk of Court using the CM/ECF system, and that the foregoing will be served on the following persons:

Connie Lawson
Secretary Of State of Indiana
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Bryce H. Bennett, Jr.,
Chair, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Suzannah Wilson Overholt
Member, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Zachary E. Klutz
Member, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

Anthony Long
Vice-Chair, Indiana Election Commission
Office of the Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

J. Bradley King
Co-Director, Indiana Election Division
302 West Washington Street
Room E-204
Indianapolis, IN 46204

Angela M. Nussmeyer
Co-Director, Indiana Election Division
302 West Washington Street
Room E-204
Indianapolis, IN 46204

By /s/ *Shana Levinson*
Shana Levinson, IN Bar No. 21350-45
Levinson & Levinson
384 W. 80th Pl.
Merrillville, IN 46410
Phone: (219) 769-1164
Fax: (219) 769-0337
Email: shanalevinson@hotmail.com
Email: levinsonandlevinson@yahoo.com