RECEIPT NO. ☐ (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

NAACP, et al.

v.

Connie Lawson, et al.

Cause No.: 2:17-cv-00334

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiffs

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Elias   First Name: Marc   Middle Name/Initial: Erik

Generation (Sr, Jr, etc):

Firm Name: Perkins Coie LLP

Street Address: 700 13th Street NW   Suite/Room No.: Suite 600

City: Washington   State: D.C.   Zip: 20005

Office Telephone No.: (202) 434-1669   Fax No.: (202) 654-9126

E-Mail Address: melias@perkinscoie.com

**EDUCATION:**

College: Hamilton College   Degree: B.A.   Year Completed: 1990

Law School: Duke University   Year Graduated: 1993

Other Post-Graduate Schooling: Duke University Masters Political Science

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| District of Columbia | 1994 | Active | 442007 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| United States Supreme Court | 2009 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Marc Erik Elias, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: August 9, 2017

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:  August 11, 2017                                       s/John E. Martin, Magistrate Judge
                                                                                  Judge, U. S. District Court



**District of Columbia Court of Appeals**
Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### MARC E. ELIAS

was on **JUNE 3, 1994** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 21, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
     Deputy Clerk

# Supreme Court of the United States
### OFFICE OF THE CLERK
### WASHINGTON, D.C. 20543



## MARC ERIK ELIAS
## OF GREAT FALLS, VA

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the twenty-third day of February, in the year two thousand and nine, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-first day of July 2017.

*Scott S. Harris*
Clerk of the Supreme Court
of the United States

By Shareem Hill-Raymond
Assistant Admissions Officer