**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| INDIANA STATE CONFERENCE OF NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al*.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, *et al*.<br><br>　　　　　　　Defendants. | Civil Action No. 2:17-cv-00334-JVB-JEM |

## **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and for the reasons outlined in the attached Memorandum in Support, Plaintiffs, by and through undersigned counsel, hereby respectfully move this Court to dismiss this case without prejudice.

DATED: May 3, 2018

By: */s/ Aria C. Branch*
Marc E. Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Aria C. Branch (admitted *pro hac vice*)
**Perkins Coie LLP**
700 Thirteenth Street, N.W.,
Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6338
Facsimile: 202.654.9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: EFrost@perkinscoie.com
Email: ABranch@perkinscoie.com

- 2 -

Charles Curtis (admitted *pro hac vice*)
**Perkins Coie LLP**
1 East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.663-7460
Facsimile:608.663.7499
Email: ccurtis@perkinscoie.com

Abha Khanna (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.7499
Email: AKhanna@perkinscoie.com

Alexis E. Danneman
**Perkins Coie LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: 602.351.8201
Facsimile: 602.648.7000
Email: ADanneman@perkinscoie.com

Shana Levinson (IN Bar No. 21350-45)
**Levinson & Levinson**
384 W. 80th Pl.
Merrillville, IN 46410
Telephone: 219.769.1164
Facsimile: 219.769.0337
Email: shanalevinson@hotmail.com
Email: levinsonandlevinson@yahoo.com

*Attorneys for Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018 I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

/s/ *Aria Branch*
Counsel for Plaintiffs
Perkins Coie, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: ABranch@perkinscoie.com

- 3 -