# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; *et al*.<br><br>*Defendants*. | Civil Action No. 2:17-cv-00334-JVB-JEM |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS VOLUNTARILY WITHOUT PREJUDICE

THIS MATTER came to be heard upon Plaintiffs' Motion to Dismiss Voluntarily Without Prejudice.

UPON CONSIDERATION WHEREOF AND FOR GOOD CAUSE SHOWN, it is hereby:

ORDERED that Plaintiffs' Motion to Dismiss Voluntarily Without Prejudice is granted.

SO ORDERED on June 27, 2018.

    s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE